

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:07-CR-027-PMP-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RENEE BELLINGER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#25) on March 7, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: American Red Cross
Amount of Restitution: $1,265.00

Name of Payee: Silver Ridge Health Care Center
Amount of Restitution: $6,056.00

Name of Payee: HSBC
Amount of Restitution: $12,024.63

Name of Payee: FEMA
Amount of Restitution: $23,493.51

Total Amount of Restitution on Case Inquiry Report: $42,839.14

**Total Amount of Restitution Ordered:** $42,839.95

Dated this _____21_____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE